FILE COPY

RE: Case No. 20-0155          DATE: 1/20/2021
COA #: 10-14-00392-CV          TC#: 88611-A
STYLE: WINDSOR v. FLEMING

Today the Supreme Court of Texas denied the Motion to Stay Mandate in the above-referenced case.

WILLIAM M. WINDSOR
* DELIVERED VIA E-MAIL & POSTAL *

RE: Case No. 20-0155                          DATE: 1/20/2021
COA #: 10-14-00392-CV                            TC#: 88611-A
STYLE: WINDSOR v. FLEMING

Today the Supreme Court of Texas denied the Motion to Stay Mandate in the above-referenced case.

MS. BARBARA L. HACHENBURG
GERMER PLLC
AMERICA TOWER
2929 ALLEN PARKWAY, SUITE 2900
HOUSTON, TX  77019-7100
* DELIVERED VIA E-MAIL *

RE: Case No. 20-0155 DATE: 1/20/2021
COA #: 10-14-00392-CV TC#: 88611-A
STYLE: WINDSOR v. FLEMING

     Today the Supreme Court of Texas denied the Motion to Stay Mandate in the above-referenced case.

MS. KELLI LYNN SMITH
GERMER PLLC
P.O. BOX 4915
BEAUMONT, TX 77704-4915
* DELIVERED VIA E-MAIL *

RE: Case No. 20-0155                          DATE: 1/20/2021
COA #: 10-14-00392-CV                              TC#: 88611-A
STYLE: WINDSOR v. FLEMING

Today the Supreme Court of Texas denied the Motion to
Stay Mandate in the above-referenced case.


                    DISTRICT CLERK  ELLIS COUNTY
                    ELLIS COUNTY COURT
                    109 S. JACKSON ST., 2ND FLOOR
                    WAXAHACHIE, TX  75165
                    * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 20-0155                    DATE: 1/20/2021
COA #: 10-14-00392-CV                         TC#: 88611-A
STYLE: WINDSOR v. FLEMING

Today the Supreme Court of Texas denied the Motion to Stay Mandate in the above-referenced case.

MS. NITA  WHITENER
CLERK, TENTH COURT OF APPEALS
MCLENNAN COUNTY COURTHOUSE, RM 415
501 WASHINGTON AVENUE
WACO, TX  76701
* DELIVERED VIA E-MAIL *